FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2026

SEAN F. McAVOY, CLERK

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

NICOLE N.

_____
*Plaintiff*

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:25-CV-00377-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Pursuant to the Court Order at ECF No. 17, Defendant's Motion to affirm, ECF No. 15, is GRANTED. Plaintiff's Motion
to reverse, ECF No. 10, is DENIED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Alexander C. Ekstrom.
_____

Date:  3/17/2026
_____

CLERK OF COURT


s/Sean F. McAvoy
_____
*Signature of Clerk*